| | |
|---|---|
| *Attorney or Party without Attorney:*<br>Glenn W. Peterson, Esq., Bar #126173<br>Peterson Watts Law Group, LLP<br>2267 Lava Ridge Court, Suite 210<br>Roseville, CA  95661<br>*Telephone No:* 916-780-8222    *FAX No:* 916-780-8775<br><br>*Attorney for:* Plaintiff(s) | *For Court Use Only* |

*Ref. No. or File No.:*

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court - Central District Of California

*Plaintiff(s):* William B. Westwood
*Defendant:* Ken Weiss, et al.

| **PROOF OF SERVICE**<br>**Summons and Complaint** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>22-CV-04139-FLA-SK |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Notice of Assignment to United States Judges, Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge, Certification and Notice of Interested Parties, Initial Standing Order, Report on the Filing or Determination of an Action or Appeal Regarding a CopyRight, Notice to Parties of Court-Directed ADR Program, Complaint for Copyright Infringment with Exhibits

3. a. Party served:    Ken Weiss, individually and DBA Lowell Trading

4. Address where the party was served:    9244 Gerald Ave
   Northridge, CA  91343

5. I served the party:
   b. **by substituted service.** On: Mon., Aug. 08, 2022 at: 7:50PM by leaving the copies with or in the presence of:
   Bob "Doe" - Refused Name, Co-Occupant, Caucasian, Male, 55 Years Old, Gray Hair, 5 Feet 9 Inches, 220 Pounds
   (2) **(Home)** Competent Member of the Household over 18. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

7. **Person Who Served Papers:**    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Karen Busta Flores
   b. **Class Action Research & Litigation**
   P O Box 740
   Penryn, CA  95663
   c. (916) 663-2562, FAX (916) 663-4955

   d. **The Fee** for Service was:
   e. I am: (3) registered California process server
       (i)   Independent Contractor
       (ii)  Registration No.:    2017073214
       (iii) County:              Los Angeles

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date:  Fri, Aug. 19, 2022

   (Karen Busta Flores)

**Judicial Council Form**
Rule 2.150.(a)&(b) Rev January 1, 2007

**PROOF OF SERVICE**
**Summons and Complaint**

glpet.236933

| Attorney or Party without Attorney: <br> Glenn W. Peterson, Esq., Bar #126173 <br> Peterson Watts Law Group, LLP <br> 2267 Lava Ridge Court, Suite 210 <br> Roseville, CA 95661 <br><br> Telephone No: 916-780-8222     FAX: No: 916-780-8775 <br><br> Attorney for: Plaintiff(s) | | | | For Court Use Only |
|---|---|---|---|---|
| | | Ref. No or File No.: | | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court - Central District Of California | | | | |
| Plaintiff(s): William B. Westwood <br> Defendant: Ken Weiss, et al. | | | | |
| **Affidavit of Reasonable Diligence** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 22-CV-04139-FLA-SK |

1. I, Karen Busta Flores, and any employee or independent contractors retained by Class Action Research & Litigation are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant Ken Weiss, individually and DBA Lowell Trading as follows:

2. *Documents:* Summons In A Civil Action; Notice Of Assignment To United States Judges, Notice To Counsel Re Consent To Proceed Before A United States Magistrate Judge, Certification And Notice Of Interested Parties, Initial Standing Order, Report On The Filing Or Determination Of An Action Or Appeal Regarding A Copyright, Notice To Parties Of Court-Directed Adr Program, Complaint For Copyright Infringment With Exhibits.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Tue | 08/02/22 | 2:55pm | Home | No answer at the door; Attempt made by: Karen Busta Flores. Attempt at: 9244 Gerald Ave  Northridge, CA 91343. |
| Fri | 08/05/22 | 8:50am | Home | No answer at the door; Attempt made by: Karen Busta Flores. Attempt at: 9244 Gerald Ave  Northridge, CA 91343. |
| Mon | 08/08/22 | 7:50pm | Home | Substituted Service on: Ken Weiss, individually and DBA Lowell Trading Home - 9244 Gerald Ave Northridge, CA 91343 by Serving: party in item 3.a. Competent Member of the Household over 18 by leaving a copy of the document(s) with: Bob "Doe" - Refused Name, Co-Occupant, Caucasian, Male, 55 Years Old, Gray Hair, 5 Feet 9 Inches, 220 Pounds.  Served by: Karen Busta Flores |

3. *Person Executing*
   a. Karen Busta Flores
   **b. Class Action Research & Litigation**
      P O Box 740
      Penryn, CA  95663
   c. (916) 663-2562, FAX (916) 663-4955

Recoverable Costs Per CCP 1033.5(a)(4)(B)
*d. The Fee* for service was:
*e. I am:*  (3) registered California process server
          *(i)*  Independent Contractor
          *(ii) Registration No.:*    2017073214
          *(iii) County:*             Los Angeles

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Fri, Aug. 19, 2022

                                                                (Karen Busta Flores)

**Affidavit of Reasonable Diligence**

pe12.236933

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| Glenn W. Peterson, Esq., Bar #126173<br>Peterson Watts Law Group, LLP<br>2267 Lava Ridge Court, Suite 210<br>Roseville, CA  95661<br>Telephone No: 916-780-8222   FAX No: 916-780-8775 | |
| Ref. No or File No.: | |
| Attorney for: Plaintiff(s) | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court - Central District Of California | |
| Plaintiff(s): William B. Westwood | |
| Defendant: Ken Weiss, et al. | |

| **PROOF OF SERVICE**<br>**By Mail** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>22-CV-04139-FLA-SK |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action.  I am employed in the county where the mailing occurred.

2. I served copies of the Summons in a Civil Action; Notice of Assignment to United States Judges, Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge, Certification and Notice of Interested Parties, Initial Standing Order, Report on the Filing or Determination of an Action or Appeal Regarding a CopyRight, Notice to Parties of Court-Directed ADR Program, Complaint for Copyright Infringment with Exhibits

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

    a. Date of Mailing:           Tue., Aug. 09, 2022
    b. Place of Mailing:          Penryn, CA  95663
    c. Addressed as follows:      Ken Weiss, individually and DBA Lowell Trading
                                  9244 Gerald Ave
                                  Northridge, CA  91343

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Tue., Aug. 09, 2022 in the ordinary course of business.

5. *Person Serving:*                                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
    a. Michael Kern                                 d. *The Fee for Service was:*
    b. Class Action Research & Litigation           e. I am: (3)  registered California process server
       P O Box 740                                         (i)   Independent Contractor
       Penryn, CA  95663                                   (ii)  Registration No.:    1557
    c. (916) 663-2562, FAX (916) 663-4955                   (iii) County:              Los Angeles

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

    Date:  Fri, Aug. 19, 2022

                                                                                    *(signature)*
    **Judicial Council Form**                       **PROOF OF SERVICE**            (Michael Kern)               glpet.236933
    Rule 2.150.(a)&(b) Rev January 1, 2007              **By Mail**